UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| TERESA ADAMOS PEREDA, | CASE NO. C22-0028-JCC |
| Petitioner, | ORDER |
| v. | |
| ESTELLE DERR, | |
| Respondent. | |

Presently before the Court is Teresa Adamos Pereda's petition for a writ of habeas corpus (Dkt. No. 1). For the reasons described below, the Court DISMISSES the petition without prejudice.

In 2022, the Court sentenced Ms. Pereda to 60 and 96-month concurrent terms of custodial confinement. *See U.S. v. Teresa Adamos Pereda*, Criminal Case No. 19-0047, Dkt. No. 88 (Guam 2022); *U.S. v. Teresa Adamos Pereda*, Criminal Case No. 21-0004, Dkt. No. 46 (Guam 2022). Ms. Pereda, who is incarcerated at FDC Honolulu, now asks the Court to order that facility's Warden, Estelle Derr, to adjust her release date to properly reflect Ms. Pereda's earned time credits, pursuant to the First Step Act of 2018. (Dkt. No. 1 at 1.)

Ms. Pereda is challenging the "manner, location, or conditions of her sentences' execution," which Ms. Pereda brings pursuant to 28 U.S.C. § 2241. *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000) (cleaned up); *see, e.g.*, *Tran v. Thompson*, 2023 WL 199597 slip

op. (E.D. Cal. 2023) (applying 28 U.S.C. § 2241 to a similar petition); *Lister v. Gatt*, 2021 WL 4306316 slip op. (C.D. Cal. 2021) (same). As such, it must be brought "in the custodial court." *Hernandez*, 204 F.3d at 864. In this instance, that is the District Court for the District of Hawaii, **not** the District Court for the District of Guam.

This Court lacks jurisdiction and, accordingly, Ms. Pereda's petition is DISMISSED without prejudice. Ms. Pereda may refile her petition, should she choose, with the District Court for the District of Hawaii. The Clerk is respectfully DIRECTED to send a copy of this order to Ms. Pereda.

DATED this 1st day of March 2023.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE